# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA     \*

VS.     \*     **CRIMINAL NO. 04-351 (16) (SEC)**

**JUAN GUERRERO-GARCIA**     \*
A/K/A "Rabia"

## JUDGMENT OF DISCHARGE

It appearing that defendant **JUAN GUERRERO-GARCIA** has been charged of the offenses of:

Count One (1) : Money laundering-financial transactions affecting interstate commerce.
Count Three (3) : Money laundering, criminal forfeiture.

It further appearing that defendant is now entitled to be discharged for the reason that:

(   ) The Court has granted defendant's Motion for Judgment of Acquittal, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure;

(   ) The Court has granted government's Motion for Dismissal, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure;

(   ) The Court has entered a finding of Not Guilty after a Court trial and after execution by the defendant of a waiver of jury and its approval by the Court;

( **X** ) The Court has **dismissed the charges** for unnecessary delay, pursuant to Rule 48(b) of the Federal Rules of Criminal Procedure.

It is therefore **ORDERED** and **ADJUDGED** that the defendant be, and is hereby **DISCHARGED WITHOURT PREJUDICE.**

San Juan, Puerto Rico, this 3rd day of April, 2008.

S/ *Salvador E. Casellas*
Salvador E. Casellas
U.S. District Judge